AO 442 (Rev. 01/09) Arrest Warrant

FILED
Charlotte
Feb 28 2025
U.S. District Court
Western District of N.C.

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

RECEIVED
UNITED STATES MARSHAL
12:13 pm, Feb 21 2025
WESTERN NORTH CAROLINA
CHARLOTTE

| United States of America | ) |
|---|---|
| v. | ) |
| JOSE NAPOLEAN LICONA-SERRANO | ) Case No. 3:25-CR-38-MOC |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JOSE NAPOLEAN LICONA-SERRANO,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

COUNT ONE: Illegal reentry by a felon

Date: 2/20/25

_Katherine L. Simon_
Issuing officer's signature

City and state: Charlotte, North Carolina

KATHERINE HORD SIMON, CLERK
Printed name and title

---

**Return**

This warrant was received on *(date)* 2/21/2025, and the person was arrested on *(date)* 2/25/25
at *(city and state)* CHARLOTTE NC.

Date: 2/25/25

_signature_
Arresting officer's signature

D.C. GAMBLE / DEPUTY U.S. MARSHAL
Printed name and title

Case: 3:25-cr-00038-MOC-SCR   Document 2   Filed 02/20/2025   Page 1 of 1
Case 3:25-cr-00038-MOC-SCR   Document 6   Filed 02/28/25   Page 1 of 1